Michael D. Hynes
DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey  07078-2704
T:  973.520.2550
michael.hynes@dlapiper.com

*Attorneys for Plaintiff*
*Immunomedics, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMMUNOMEDICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROGER WILLIAMS MEDICAL CENTER, RICHARD P. JUNGHANS, M.D., Ph.D., STEVEN C. KATZ, M.D., TUFTS MEDICAL CENTER, ABC ENTITIES 3-10, and JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 15-4526 (JLL) (JAD) <br><br><br> NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL S. WIGOTSKY, ESQ. <br><br><br> **(Filed Electronically)** |

**PLEASE TAKE NOTICE** that on November 7, 2016 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff shall apply before the United States District Court, Martin Luther King Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order pursuant to Local Rule 101.1(c) admitting Michael S. Wigotsky, Esq., *pro hac vice* in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that movant shall rely upon the Certifications of Michael D. Hynes, Esq. and Michael S. Wigotsky, Esq. in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is waived.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Respectfully submitted,

Dated:  September 26, 2016            */s/* Michael D. Hynes
                                             Michael D. Hynes
                                             michael.hynes@dlapiper.com
                                             51 John F. Kennedy Parkway, Suite 120
                                             Short Hills, New Jersey  07078-2704
                                             T:  973.520.2550
                                             F:  973.520.2551

                                             *Attorneys for Plaintiff*
                                             *Immunomedics, Inc.*

EAST\131540285.1