Michael D. Hynes
DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey  07078-2704
T:  973.520.2550
michael.hynes@dlapiper.com

*Attorneys for Plaintiff*
*Immunomedics, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMMUNOMEDICS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROGER WILLIAMS MEDICAL CENTER, RICHARD P. JUNGHANS, M.D., Ph.D., STEVEN C. KATZ, M.D., TUFTS MEDICAL CENTER, ABC ENTITIES 3-10, and JOHN DOES 1-10,<br><br>　　　　Defendants. | Civil Action No. 15-4526 (JLL) (JAD)<br><br>**CERTIFICATION OF MICHAEL D. HYNES, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL S. WIGOTSKY, ESQ.**<br><br>**(Filed Electronically)** |

　　　　I, MICHAEL D. HYNES, ESQ. being of full age, hereby certify as follows:

　　　　1.　　I am an attorney-at-law of the State of New Jersey and am a partner of the law firm of DLA Piper LLP (US), attorneys for Plaintiff Immunomedics, Inc. ("Plaintiff") in the above-captioned matter.  As such, I am personally familiar with the facts set forth herein and am authorized to make this Certification on behalf of Plaintiff.

　　　　2.　　This Certification is submitted in support of Plaintiff's Motion for admission of Michael S. Wigotsky *pro hac vice* pursuant to Local Rule 101.1.

　　　　3.　　I am duly qualified to practice law in the State of New Jersey pursuant to New Jersey Court Rule 1:21-1 and am admitted to practice before this Court pursuant to Local Rule 101.1.

2

4. I hereby agree to accept service on behalf of Plaintiff in this matter and together with Michael S. Wigotsky, Esq. to review and sign all pleadings or other papers to be filed with this Court.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated: September 26, 2016                     */s/* Michael D. Hynes
                                              Michael D. Hynes, Esq.



EAST\131541153.1

2