Michael D. Hynes
DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey  07078-2704
T:  973.520.2550
michael.hynes@dlapiper.com

*Attorneys for Plaintiff*
*Immunomedics, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMMUNOMEDICS, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>ROGER WILLIAMS MEDICAL CENTER, RICHARD P. JUNGHANS, M.D., Ph.D., STEVEN C. KATZ, M.D., TUFTS MEDICAL CENTER, ABC ENTITIES 3-10, and JOHN DOES 1-10,<br><br>           Defendants. | Civil Action No. 15-4526 (JLL) (JAD)<br><br>**CERTIFICATION OF MICHAEL S. WIGOTSKY, ESQ. IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***<br><br>**(Filed Electronically)** |

I, MICHAEL S. WIGOTSKY, ESQ., being of full age, hereby certify as follows:

1. I am an attorney-at-law in the state of New York and an associate at the firm of DLA Piper LLP (US) which maintains a law practice at 1251 Avenue of the Americas, New York, N.Y. 10020.  This certification is made in support of the instant Motion for Admission *Pro Hac Vice* to the United States District Court for the District of New Jersey for the purpose of representing Plaintiff in the above-captioned matter.

2. I am a member of the following Bars:

(a) New York State Bar (admitted January 8, 2007); records of its members are maintained at Attorney Records, Appellate Division, First Judicial Department, 41 Madison Avenue, 26th Floor, New York, NY 10010;

(b) United States District Court for the Eastern District of New York (admitted February 14, 2014); records of its members are maintained at Attorney Admissions, 225 Cadman Plaza East, Brooklyn, NY 11201; and

(c) United States District Court for the Southern District of New York (admitted April 22, 2008); records of its members are maintained at Attorney Services, 500 Pearl Street, New York, NY 10007.

(d) I am currently ineligible to practice law in the State of New Jersey because my status is inactive. I am inactive for two reasons: (1) I do not maintain an office in the State of New Jersey as required by the New Jersey State Bar; and (2) I have elected not to fulfill my New Jersey State Bar Skills Course.

3. I have never been suspended from the practice of law in any jurisdiction, nor have I been disciplined or censured by any disciplinary authority of any bar in which I have been admitted to practice.

4. I am willing to submit to the jurisdiction of this Court and to comply with all its rules and procedures. To ensure my familiarity with these regulations, I have reviewed the local rules of this Court.

5. I agree to abide by Local Civil Rule 101.1(c).

6. I agree to observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trials or other proceedings. I further agree to submit to the jurisdiction of this

Court, for the purposes of sanctions, discipline, or other such action as the Court may deem proper.

7. Pursuant to Local Rule 101.1(c), I agree to pay the required fee to the Clerk of the United States District Court for the District of New Jersey.

8. I further agree, pursuant to Local Rule 101.1(c)(2), to continue to make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a).

9. If granted *pro hac vice* admission, I will in good faith continue to advise counsel who has moved for the *pro hac vice* admission, Michael D. Hynes, Esq., as to the status of this matter for which *pro hac vice* admission has been granted and all material developments therein.

10. I respectfully request that I be admitted *pro hac vice* to practice before this Court for the purpose of representing Plaintiff in this matter.

I affirm under penalties of perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

Dated: September 26, 2016         */s/ Michael S. Wigotsky*
                                   Michael S. Wigotsky, Esq.

EAST\131570108.1