## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMMUNOMEDICS, INC., | Civil Action No. 15-4526 (JLL) (JAD) |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON MOTION** |
| | **FOR ADMISSION *PRO HAC VICE* OF** |
| ROGER WILLIAMS MEDICAL CENTER, | **MICHAEL S. WIGOTSKY, ESQ.** |
| RICHARD P. JUNGHANS, M.D., Ph.D., | |
| STEVEN C. KATZ, M.D., TUFTS MEDICAL | |
| CENTER, ABC ENTITIES 3-10, and JOHN | |
| DOES 1-10, | |
| Defendants. | |

**THIS MATTER**, having been brought before the Court by Michael D. Hynes, Esq., for an Order admitting Michael S. Wigotsky, Esq. *pro hac vice* in the above-captioned matter as counsel for Immunomedics, Inc. ("Plaintiff") and the Court having reviewed and considered the supporting papers, opposition and reply papers, if any, and argument, if any; and the Court having determined that, based upon the same, and for good cause shown,

**IT IS** on this _____ day of _____, 2016,

**ORDERED** that Michael S. Wigotsky, Esq. be permitted to appear *pro hac vice* in the above-captioned matter pursuant to Local Rule 101.1(c)(1), United States District Court for the District of New Jersey, and it is further

**ORDERED** that all pleadings, briefs, and other papers filed with the Court shall be signed by Michael D. Hynes, who shall be held responsible for said papers and for the conduct of the case and will be held responsible for the conduct of the attorneys admitted hereby, and it is further

**ORDERED** that Michael S. Wigotsky, Esq. is to make payment of $150.00 on admission

payable to the Clerk, United States District Court; and it is further

**ORDERED** that Michael S. Wigotsky, Esq. is to continue to make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Michael S. Wigotsky, Esq. shall be bound by the Local Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of Local Civil Rule 103.1 Judicial Ethics and Professional Responsibility, and Local Civil Rule 104.1 Discipline of Attorneys; and it is further

**ORDERED** that Michael S. Wigotsky, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
Hon. Joseph A. Dickson, U.S.M.J.

EAST\131571574.1

2