Michael D. Hynes
DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey  07078-2704
T:  973.520.2550
michael.hynes@dlapiper.com

*Attorneys for Plaintiff*
*Immunomedics, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMMUNOMEDICS, INC.,<br><br>      Plaintiff,<br><br>      v.<br><br>ROGER WILLIAMS MEDICAL CENTER, RICHARD P. JUNGHANS, M.D., Ph.D., STEVEN C. KATZ, M.D., TUFTS MEDICAL CENTER, ABC ENTITIES 3-10, and JOHN DOES 1-10,<br><br>      Defendants. | Civil Action No. 15-cv-04526 (JLL) (SCM)<br><br>**SUPPLEMENTAL CERTIFICATION OF MICHAEL D. HYNES IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE* OF JACOB D. ANDERSON**<br><br>**(Filed Electronically)** |

    I, MICHAEL D. HYNES, being of full age, hereby certify as follows:

    1.    I am an attorney-at-law of the State of New Jersey and am a partner of the law firm of DLA Piper LLP (US), attorneys for Plaintiff Immunomedics, Inc. ("Plaintiff") in the above-captioned matter.  As such, I am personally familiar with the facts set forth herein and am authorized to make this Supplemental Certification on behalf of Plaintiff.

    2.    This Supplemental Certification is submitted in support of Plaintiff's Motion for admission of Jacob D. Anderson *pro hac vice* pursuant to Local Rule 101.1.  (See ECF No. 62-1).

    3.    I am a member in good standing of the following Bars:

(a) New Jersey State Bar (admitted April 2000); records of its members are maintained at Richard J. Hughes Justice Complex, 8th Floor, North Wing, 25 Market Street, Trenton, New Jersey 08611;

(b) New York State Bar (admitted January 2000); records of its members are maintained at Attorney Records, Appellate Division, First Judicial Department, 41 Madison Avenue, 26th Floor, New York, NY 10010;

(c) United States District Court for the District of New Jersey (admitted May 2000); records of its members are maintained at United States District Court, Clarkson S. Fisher Federal Building and United States Courthouse, 402 East State Street, Room 2020, Trenton, New Jersey 08608;

(d) United States District Court for the Southern District of New York (admitted May 2001); records of its members are maintained at Attorney Services, 500 Pearl Street, New York, NY 10007;

(e) United States District Court for the Eastern District of New York (admitted December 2005); records of its members are maintained at Attorney Admissions, 225 Cadman Plaza East, Brooklyn, NY 11201;

(f) United States Court of Appeals for the Second Circuit (admitted October 2013); records of its members are maintained at 40 Foley Square, New York, New York 10007; and

(g) United States District Court of the Western District of Wisconsin (admitted February 2016); records of its members are maintained at 120 North Henry Street, Madison, Wisconsin 53703.

4.      There are no disciplinary proceedings pending against me in any jurisdiction, and no disciplinary action has previously been imposed upon me in any court or jurisdiction to which I have been admitted.

5.      Pursuant to Local Civil Rule 101.1, I understand that all pleadings, briefs, stipulations, and other papers filed with the Court shall be signed by me or another attorney associated with DLA Piper LLP (US) who is a member of the Bar of this Court.  I agree to notify promptly the attorneys admitted *pro hac vice* of the receipt of all notices, orders and pleadings in this action.

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: October 6, 2016
                                              *s/* Michael D. Hynes
                                              Michael D. Hynes

EAST\133508371.1

3