Michael D. Hynes
Steven R. Marino
DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey  07078-2704
T:  973.520.2550
michael.hynes@dlapiper.com
steven.marino@dlapiper.com

Stuart E. Pollack (admitted *pro hac vice*)
Michael S. Wigotsky (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
T:  212.335.4500
stuart.pollack@dlapiper.com
michael.wigotsky@dlapiper.com

*Attorneys for Plaintiff*
*Immunomedics, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IMMUNOMEDICS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ROGER WILLIAMS MEDICAL CENTER, RICHARD P. JUNGHANS, M.D., Ph.D., STEVEN C. KATZ, M.D., ABC ENTITIES 1-10, and JOHN DOES 1-10,<br><br>        Defendants. | Civil Action No. 2:15-cv-04526-JLL-SCM<br><br>**CERTIFICATE OF SERVICE** |

This certifies that the following were filed electronically by Plaintiff Immunomedics, Inc.:

1.  Third Amended Complaint (with Exhibits A-C);
2.  Summons directed to BDL Products, Inc.;

3.      Summons directed to TNK Therapeutics, Inc.;
4.      Summons directed to Sorrento Therapeutics, Inc.;
5.      Summons directed to CARgenix Holdings LLC; and
6.      This Certificate of Service.

Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: October 12, 2016

**DLA PIPER LLP (US)**

*s/ Michael D. Hynes*
Michael D. Hynes
Steven R. Marino
DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078-2704
T: 973.520.2550
michael.hynes@dlapiper.com
steven.marino@dlapiper.com

Stuart E. Pollack (admitted *pro hac vice*)
Michael S. Wigotsky (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
T: 212.335.4500
stuart.pollack@dlapiper.com
michael.wigotsky@dlapiper.com

*Attorneys for Plaintiff
Immunomedics, Inc.*

EAST\134755988.1