Michael R. Griffinger
Joshua R. Elias
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: 973-596-4500
Fax: 973-596-0545

David M. Conca (admitted *pro hac vice*)
Melanie R. Rupert (admitted *pro hac vice*)
Nicholas A. Tymoczko (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Tel: 212-318-6000
Fax: 212-319-4090

*Attorneys for Defendants Sorrento Therapeutics, Inc.,
TNK Therapeutics, Inc., BDL Products, Inc. and
CARgenix Holdings LLC*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IMMUNOMEDICS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROGER WILLIAMS MEDICAL CENTER, RICHARD P. JUNGHANS, M.D., Ph.D., STEVEN C. KATZ, M.D., BDL PRODUCTS, INC., CARGENIX HOLDINGS LLC, TNK THERAPEUTICS, INC., and SORRENTO THERAPEUTICS, INC.<br><br>Defendants. | Civil Action No. 15-4526 (JLL)(SCM)<br><br>*Document electronically filed*<br><br>**NOTICE OF MOTION** |

**TO:** Michael D. Hynes
Steven R. Marino
**DLA PIPER LLP (US)**
51 John F. Kennedy Parkway
Suite 120
Short Hills, New Jersey
Tel: 973-520-2550
michael.hynes@dlapiper.com
steven.marino@dlapiper.com

Stuart E. Pollack (admitted *pro hac vice*)
Michael Wigotsky (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas, 27th Fl.
New York, New York 10020-1104
Tel: 212-335-4500
stuart.pollack@dlapiper.com
michael.wigotsky@dlapiper.com

*Attorneys for Plaintiff Immunomedics*

**PLEASE TAKE NOTICE** that on Tuesday, January 3, 2017 at 10:00 a.m., or as soon thereafter as counsel may be heard, Gibbons P.C. and Paul Hastings LLP, attorneys for Defendants Sorrento Therapeutics, Inc., TNK Therapeutics, Inc., BDL Products, Inc. and CARgenix Holdings LLC, shall move before the Court, in the United States District Court for the District of New Jersey, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(2) dismissing Plaintiff's Third Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that a copy of the proposed Order is included with this Notice.

**PLEASE TAKE FURTHER NOTICE** that, in support of the Motion, Defendants Sorrento Therapeutics, Inc., TNK Therapeutics, Inc., BDL Products, Inc. and CARgenix Holdings LLC shall rely on the accompanying Memorandum

of Law, Declaration of George Ng, Esq., and all other pleadings and memoranda on file in this matter.

**PLEASE TAKE FURTHER NOTICE** that no trial is presently scheduled in this matter.

**PLEASE TAKE FURTHER NOTICE** that Defendants Sorrento Therapeutics, Inc., TNK Therapeutics, Inc., BDL Products, Inc. and CARgenix Holdings LLC request oral argument in the event this Motion is contested.

Dated:  December 2, 2016

By: s/ Michael R. Griffinger
Michael R. Griffinger
Joshua R. Elias
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: 973 -596-4500
Fax: 973-596-0545
mgriffinger@gibbonslaw.com
jelias@gibbonslaw.com

David M. Conca (admitted *pro hac vice*)
Melanie R. Rupert (admitted *pro hac vice*)
Nicholas A. Tymoczko (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Tel: 212-318-6000
Fax: 212-319-4090

davidconca@paulhastings.com
melanierupert@paulhastings.com
nicholastymoczko@paulhastings.com

*Attorneys for Defendants Sorrento Therapeutics, Inc., TNK Therapeutics, Inc., BDL Products, Inc. and CARgenix Holdings LLC*