Michael R. Griffinger
Joshua R. Elias
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
Tel: 973-596-4500
Fax: 973-596-0545

David M. Conca (admitted *pro hac vice*)
Melanie R. Rupert (admitted *pro hac vice*)
Nicholas A. Tymoczko (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
Tel: 212-318-6000
Fax: 212-319-4090

*Attorneys for Defendants Sorrento Therapeutics, Inc.,*
*TNK Therapeutics, Inc., BDL Products, Inc. and*
*CARgenix Holdings LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMMUNOMEDICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROGER WILLIAMS MEDICAL CENTER, RICHARD P. JUNGHANS, M.D., Ph.D., STEVEN C. KATZ, M.D., BDL PRODUCTS, INC., CARGENIX HOLDINGS LLC, TNK THERAPEUTICS, INC., and SORRENTO THERAPEUTICS, INC. <br><br> Defendants. | Civil Action No. 15-4526 (JLL)(SCM) <br><br> *Document electronically filed* <br><br> **PROPOSED ORDER** |

**THIS MATTER** having been brought before the Court by Defendants Sorrento Therapeutics, Inc. ("Sorrento"), TNK Therapeutics, Inc. ("TNK"), BDL Products, Inc. ("BDL") and CARgenix Holdings LLC ("CARgenix"), by and through their attorneys, Gibbons P.C. and Paul Hastings LLP, for an Order granting the Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) submitted on behalf of Sorrento, TNK, BDL and CARgenix; and the Court having considered the parties' respective submissions, and oral argument, if any; and good cause having been shown;

**IT IS** on this \_\_\_\_ day of _____, 2017,

**ORDERED**, that Defendants Sorrento, TNK, BDL and CARgenix's Motion to Dismiss Plaintiff Immunomedics, Inc.'s Third Amended Complaint is hereby **GRANTED**.

_____
HON. JOSE L. LINARES, U.S.D.J.