Michael D. Hynes
Steven R. Marino
DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey  07078-2704
T:  973.520.2550
michael.hynes@dlapiper.com
steven.marino@dlapiper.com

Stuart E. Pollack (admitted *pro hac vice*)
Michael S. Wigotsky (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
T:  212.335.4500
stuart.pollack@dlapiper.com
michael.wigotsky@dlapiper.com

*Attorneys for Plaintiff*
*Immunomedics, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMMUNOMEDICS, INC., <br><br>            Plaintiff, <br><br>      v. <br><br> ROGER WILLIAMS MEDICAL CENTER, RICHARD P. JUNGHANS, M.D., Ph.D., STEVEN C. KATZ, M.D., ABC ENTITIES 1-10, and JOHN DOES 1-10, <br><br>            Defendants. | Civil Action No. 2:15-cv-04526-JLL-SCM <br><br><br> **CERTIFICATE OF SERVICE** |

This certifies that the following were filed electronically by Plaintiff Immunomedics, Inc.

("Plaintiff"):

    1.      Plaintiff's Response to Defendants' Rule 12(b)(6) Motions to Dismiss; and

2.      This Certificate of Service.

Notice of this filing will be sent by e-mail to all counsel of record by operation of the

Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF

system.

Dated:  December 5, 2016                    **DLA PIPER LLP (US)**

                                            *s/ Michael D. Hynes*
                                            Michael D. Hynes
                                            Steven R. Marino
                                            DLA Piper LLP (US)
                                            51 John F. Kennedy Parkway, Suite 120
                                            Short Hills, New Jersey  07078-2704
                                            T:  973.520.2550
                                            michael.hynes@dlapiper.com
                                            steven.marino@dlapiper.com

                                            Stuart E. Pollack (admitted *pro hac vice*)
                                            Michael S. Wigotsky (admitted *pro hac vice*)
                                            DLA Piper LLP (US)
                                            1251 Avenue of the Americas, 27th Floor
                                            New York, New York  10020-1104
                                            T:  212.335.4500
                                            stuart.pollack@dlapiper.com
                                            michael.wigotsky@dlapiper.com

                                            *Attorneys for Plaintiff*
                                            *Immunomedics, Inc.*